

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-13-00452-CV

**IN RE WILLA PETERS HUBBERD TESTAMENTARY TRUST,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 1986-PC-1440
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

The panel has considered the appellee Falcon International Bank's motion for rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court